12128.   JOHNSON *v.* BARRETT.

STEPHENS, J.   1. The writ of certiorari does not lie to correct a judgment
of an inferior judiciatory until after a final determination of the cause.
A judgment of an inferior judiciatory overruling a demurrer to a pe-
tition not being a final determination of the cause, the writ of certiorari
does not lie to review such judgment where the cause is still pending
in the trial court and before it has been finally determined. *Singer
Mfg. Co.* v. *McNeal Paint & Glass Co.*, 117 *Ga.* 1005 (44 S. E. 801);
*Everidge* v. *Berrys*, 93 *Ga.* 760 (20 S. E. 644); Civil Code, (1910),
§ 5188.

2. The judge of the superior court therefore erred in sustaining a petition
for certiorari which sought, before a final determination of the cause,
to review a judgment of a judge of the municipal court of Atlanta over-
ruling a general demurrer to a petition.

*Judgment reversed.   Jenkins, P. J., and Hill, J., concur.*

DECIDED MAY 2, 1921.

Certiorari; from Fulton superior court—Judge Pendleton.
December 8, 1920.

*R. R. Jackson, John F. Echols,* for plaintiff in error.